**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMMANUEL OBIAGWU, <br><br>          Plaintiff, <br><br> -against- <br><br> CITY OF NEW YORK, et al., <br><br>          Defendants. | 24 Civ. 7892 (JPC) (GS) <br><br> **ORDER** |

**GARY STEIN, United States Magistrate Judge:**

   In compliance with the Honorable John P. Cronan's Individual Practice Rules, Defendant New York Presbyterian Hospital ("NYPH") filed a pre-motion letter on June 6, 2025, informing the Court that it intends to move to dismiss Plaintiff's Amended Complaint (Dkt. No. 29) against NYPH and the individual NYPH security officers pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 32). NYPH has been served in this action (Dkt. No. 23) but, so far as the docket reflects, the individual NYPH security officers have not been served. In its June 6 letter, NYPH also provides a proposed briefing schedule for its anticipated motion to dismiss, pursuant to which its motion to dismiss would be due 45 days after service is effectuated on the NYPH security officers. (Dkt. No. 29 at 3).

   The Court agrees that it is in the interests of judicial efficiency for NYPH to file a single motion to dismiss on behalf of both NYPH and the NYPH security officers, rather than two separate motions. Accordingly, NYPH's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint is stayed pending proof of service being filed on the docket showing that service has been effectuated on the NYPH security officers. The Court declines to issue a briefing schedule at this time until Plaintiff advises whether he agrees with the proposed briefing schedule set forth in NYPH's June 6, 2025 letter or wishes to propose a different

2

briefing schedule.  Plaintiff shall submit a letter by no later than this **Friday, June 13, 2025** advising the Court of his preference.

    **SO ORDERED.**

Dated: New York, New York
       June 9, 2025

_____
GARY STEIN
United States Magistrate Judge

2