UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL OBIAGWU,<br><br>        Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK, et al.,<br><br>        Defendants. | 24 Civ. 7892 (JPC) (GS)<br><br>**ORDER** |

**GARY STEIN, United States Magistrate Judge:**

  On July 18, 2025, Defendant New York Presbyterian Hospital ("NYPH") filed a Motion to Dismiss on behalf of itself and the NYPH security officers. (Dkt. Nos. 41–44). The Court hereby stays Plaintiff's time to respond to NYPH's Motion until the City Defendants answer, move, or otherwise respond to Plaintiff's Amended Complaint at Dkt. No. 29. The Court will issue a briefing schedule at that time.

  **SO ORDERED.**

Dated: New York, New York
    July 23, 2025

                             _____
                                GARY STEIN
                                United States Magistrate Judge