**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMMANUEL OBIAGWU,

                              Plaintiff,

     -against-

CITY OF NEW YORK, et al.,

                             Defendants.

24 Civ. 7892 (JPC) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      On July 18, 2025, Defendant New York Presbyterian Hospital ("NYPH") filed a Motion to Dismiss on behalf of itself and the NYPH security officers. (Dkt. Nos. 41–44). On July 23, 2025, the Court stayed Plaintiff's time to respond to NYPH's Motion until the City Defendants answered, moved, or otherwise responded to Plaintiff's Amended Complaint at Dkt. No. 29. As the City Defendants have informed the Court that they intend to answer Plaintiff's Amended Complaint, the Court sees no reason to further delay briefing the NYPH's pending Motion to Dismiss.

      Although Plaintiff states in his June 6 letter (Dkt. No. 34) that he intends to oppose NYPH's Motion to Dismiss, Plaintiff is informed that he may respond in one of two ways: (1) he may file a brief in opposition to NYPH's Motion; or (2) he may file a Second Amended Complaint that seeks to cure the deficiencies alleged in NYPH's Motion. **If Plaintiff files neither an opposition brief nor a Second Amended Complaint by the deadline set forth below, <u>the Court will treat NYPH's motion to dismiss as unopposed</u>.**

      The Court sets the following schedule with respect to NYPH's anticipated motion to dismiss:

- Plaintiff's **opposition brief** opposing NYPH's Motion to Dismiss <u>or</u> **a Second Amended Complaint** that attempts to cure the deficiencies alleged in NYPH's motion is **due no later than Wednesday, October 15, 2025.**

- Should Plaintiff file an opposition brief, NYPH's reply, if any, is due within Wednesday, October 29, 2025.

**SO ORDERED.**

Dated: New York, New York
September 15, 2025

_____
GARY STEIN
United States Magistrate Judge