# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122   FACSIMILE (212) 949-7054
www.mcblaw.com

NEW YORK, NY
EAST MEADOW, NY
WHITE PLAINS, NY
ROSELAND, NJ
ROCHESTER, NY
NORWALK, CT

**GREGORY J. RADOMISLI**
**PARTNER**

DIRECT DIAL: (212) 916-0923
E-MAIL: radomg@mcblaw.com

October 20, 2025

**Via ECF**

The Honorable Gary Stein
United States Courthouse
Southern District of New York
500 Pearl Street
Room 9A
New York, New York 10007

**MEMO ENDORSED**

RE: **Obiagwu v. City of New York, *et. al.***
MCB File No.:        00016-100526
Civil Action No.:   1:24-cv-7892 (JPC) (GS)

Dear Magistrate Stein:

We represent the defendant The New York and Presbyterian Hospital, s/h/a New York Presbyterian Hospital ("NYPH"), in the above-referenced matter.

On September 15, 2025, Your Honor issued an Order setting forth a deadline of October 15, 2025, by which plaintiff must file a brief "opposing NYPH's Motion to Dismiss **or**" a Second Amended Complaint attempting to cure the deficiencies specified in NYPH's Motion to Dismiss the First Amended Complaint (ECF Doc. No. 60) (emphasis original).

On October 13, 2025, plaintiff filed a Second Amended Complaint (ECF Doc. No. 68) **and** a Memorandum of Law in Opposition to NYPH's Motion (ECF Doc. No. 69). Furthermore, the Second Amended Complaint goes well beyond an attempt to cure the deficiencies discussed in NYPH's Motion.

It is respectfully requested that Your Honor direct plaintiff to choose between his two filings, and strike the other one. If plaintiff chooses to file Opposition to NYPH's motion, it is respectfully requested that NYPH's time to file a Reply be extended from October 29, 2025 to November 20, 2025. If plaintiff chooses to file the Second Amended Complaint, it is respectfully requested that NYPH be given until December 20, 2025 to make a pre-Answer Motion to dismiss

GJR/da
6373440

October 20, 2025
Page 2

portions of the 45-page Second Amended Complaint, consisting of 338 allegations and approximately 28 causes of action.

 Thank you for Your Honor's attention to this matter.

            Respectfully submitted,

            MARTIN CLEARWATER & BELL LLP

            Gregory J. Radomisli

cc:  **BY ECF, E-MAIL, CERTIFIED MAIL**
   **RETURN RECEIPT REQUESTED AND REGULAR MAIL**

   Emmanuel Obiagwu (EmmanuelObiagwu@gmail.com)
   *Plaintiff Pro Se*
   488 Boyden Avenue
   Maplewood, NJ 07040

   **BY ECF**

   All other parties

Application granted in part. Pursuant to the Court's separately issued Video Status Conference Order, all parties will appear in front of the Court to discuss these filings. Plaintiff will consider whether he wishes to proceed with his Second Amended Complaint (Dkt. No. 68) or his Memorandum of Law in Opposition to NYPH's Motion to Dismiss (Dkt. No. 69), which will be discussed further at the Conference. The Court will separately issue an extension as to Defendant NYPH's obligations to respond after the conference. Defendant NYPH's current deadline to file a Reply is hereby stayed until such extension has been issued.

SO ORDERED.

Date:  New York, New York
    October 22, 2025

Gary Stein
United States Magistrate Judge
Southern District of New York

6373440