UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EMMANUEL OBIAGWU,

                              Plaintiff,

        -against-

CITY OF NEW YORK, NEW YORK
POLICE DEPARTMENT, *et al.*,

                            Defendants.
-----------------------------------------------------------------X

24 Civ. No. 7892 (JPC) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, November 4, 2025 at 3:00 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now** [Meeting ID: 223 862 629 170 1] [Passcode: yK6Bi2sM]

      SO ORDERED.

DATED:    New York, New York
              October 22, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge