

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **SHREYA KRISHNAMURTHY** <br> *Assistant Corporation Counsel* <br> Phone: (212) 356-2671 <br> Fax: (212) 356-3540 <br> Email: shrekris@law.nyc.gov |

November 18, 2025

**BY ECF**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re: Emmanuel Obiagwu v. City of New York, et. al.,
          24 Civ. 07892 (JPC) (GS)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, Brian Dobbins, Warren Ritter, Daniel Silverio, Jackson Mazariegos, and Kenneth De La Cruz ("City defendants") in the above-mentioned matter. Defendants respectfully write in accordance with the Court's September 24, 2025 Order.

      By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, violations of his constitutional rights arising from an incident on August 10, 2023. Plaintiff names, *inter alia*, the City of New York, the New York City Police Department ("NYPD"), the New York City Fire Department ("FDNY"), NYPD Police Officers Daniel Silverio, Brian Dobbins, and Warren Ritter, and FDNY EMTs Jackson Mazariegos and Kenneth De La Cruz, along with New York-Presbyterian Hospital ("NYPH"), Justin Jimenez, Samuel Yeboah, Whaner Arias, Yeuri Calderon, D. Fuller, and S. Aguilar Agyemang as defendants in this action. See ECF No. 68.

      Plaintiff filed his Second Amended Complaint on October 13, 2025. See id. On November 4, 2025, the Court held a status conference during which plaintiff informed the Court that he wishes to proceed with the Second Amended Complaint, and the Court ordered, *inter*

*alia*, "City defendants … to inform the [C]ourt no later than November 18, 2025 whether they intend to file an answer, a motion to dismiss, or otherwise respond to Plaintiff's Second Amended Complaint, and set out a proposed schedule for deadlines as such." Court's Minute Entry dated November 4, 2025.

In accordance with the Court's November 4, 2025 Order, City defendants respectfully submit this letter to inform the Court that they intend to answer plaintiff's Second Amended Complaint and respectfully request until December 18, 2025 to serve and file their answer to plaintiff's forty-five (45) page Second Amended Complaint.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Shreya Krishnamurthy*

Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   **VIA ECF** [1]
Emmanuel Obiagwu
*Plaintiff pro se*

Gregory John Radomisli, Esq.
*Counsel for NYPH Defendants*

Application granted.  Defendants City of New York, Brian Dobbins, Warren Ritter, Daniel Silverio, Jackson Mazariegos, and Kenneth De La Cruz shall file their Answer to Plaintiff's Second Amended Complaint by no later than December 18, 2025.  Further, given that Plaintiff's Second Amended Complaint mooted Defendant New York Presbyterian's Motion to Dismiss (Dkt. No. 41), the Clerk of the Court is respectfully requested to close the open motion at Dkt. No. 41.

SO ORDERED.

Date:   New York, New York
        November 19, 2025

Gary Stein
United States Magistate Judge
Southern District of New York

---

[1] Plaintiff has consented to receive electronic service via the ECF system. See ECF No. 3.

2